| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Bari Aldric Sadler** <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2505 <br> EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter:   7   8/13/21 | |
| Case number: | 21–70125–tmd | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bari Aldric Sadler | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2905 Emerspn PL <br> Midland, TX 79705 | |
| 4. | **Debtor's attorney** <br> Name and address | Alvaro Martinez Jr. <br> 1607 N. Big Spring <br> Midland, TX 79701 | Contact phone (432) 789–1044 <br> Email: alvaro@alvaromartinez.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronald E Ingalls <br> PO Box 2867 <br> Fredericksburg, TX 78624–1927 | Contact phone (830) 321–0878 X 102 <br> Email: ron@ingallstrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Bari Aldric Sadler** Case number **21–70125–tmd**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 San Jacinto Blvd, Suite 322 Austin, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM  Contact phone (512) 916–5237  Date: 8/13/21 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 12, 2021 at 12:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Phone: (866)687–0243; Code:3406701#** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/13/21** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-70125-tmd |
| Bari Aldric Sadler | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 16, 2021 | Form ID: 309A | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bari Aldric Sadler, 2905 Emerspn PL, Midland, TX 79705-4203 |
| 18211651 | + | A.R.M Solutions, INC, PO Box 2929, Camarillo, CA 93011-2929 |
| 18211654 | + | Attorney General of the U.S., Main Justice Bldg, Room 5111, 10th & Constitution Ave, N.W., Washington, DC 20530-0001 |
| 18211655 | + | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 18211660 | + | Equifax, Attn: Dispute Resolution Department, P.O. Box 105873, Atlanta, GA 30348-5873 |
| 18211661 | + | Experian, Attn: Legal Department, PO Box 1240, Allen, TX 75013-1240 |
| 18211662 | | Financial Corporation of America, 12515 Research Blvd. Bldg 2, P.O. Box 203500, Austin, TX 78720-3500 |
| 18211666 | + | KEVIN M. EPSTEIN, 515 RUSK STREET, SUITE 3516, HOUSTON, TX 77002-2604 |
| 18211667 | + | Linebarger Goggan, Blair & Sampson LLP, 711 Navarro, Suite 300, San Antonio, TX 78205-1749 |
| 18211668 | | Ltd Acquistn, 3200 Wilcrest, Pearland, TX 77581 |
| 18211669 | + | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 18211671 | + | Midland Emergency Management, PO Box 95309, Oklahoma City, OK 73143-5309 |
| 18211672 | | Midland Health, 400 R.R. Grover Pkwy, Midland, TX 79701 |
| 18211673 | + | Midland Kid's Dentist, 4410 N Midkiff Suite D1, Midland, TX 79705-4249 |
| 18211675 | + | Midland Pathologists, PA, 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 18211676 | + | Oceans Behavioral Hospital, PO Box 120153, Grand Rapids, MI 49528-0103 |
| 18211677 | + | Oceans- OPGT, PO Box 671745, Dallas, TX 75267-1745 |
| 18211678 | | Office of the Texas Attorney General, PO Box 12548, Austin, TX 78711-2548 |
| 18211679 | + | Optimum Outcomes, INC, PO Box 660943, Dallas, TX 75266-0943 |
| 18211680 | | Paradigm Physical Therapy, 1002 Loop 250, Midland, TX 79703 |
| 18211681 | + | Quest Diagnostics, PO Box 740987, Cincinnati, OH 45274-0987 |
| 18211682 | + | Quick Roofing, 925 E Kennedale Pkwy, Kennedale, TX 76060-3225 |
| 18211687 | + | Texas Children's Hospital, PO Box 4984, Houston, TX 77210-4984 |
| 18211689 | + | The Bosworth Company, PO Box 3449, Midland, TX 79702-3449 |
| 18211690 | + | TransUnion, Attn: Dispute Resolution Department, PO Box 2000, Chester, PA 19016-2000 |
| 18211691 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: alvaro@alvaromartinez.com | Aug 16 2021 22:06:00 | Alvaro Martinez, Jr., 1607 N. Big Spring, Midland, TX 79701 |
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 16 2021 22:06:00 | United States Trustee - MD12, US Trustee's Office, 615 E Houston, Suite 533, PO Box 1539, San Antonio, TX 78295-1539 |
| 18211657 | + | Email/Text: bankruptcy@usecapital.com | Aug 16 2021 22:06:00 | Capital Accounts, LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 18211658 | + | Email/Text: scott@cdilubbock.com | Aug 16 2021 22:06:00 | Colletech Diversified, Inc, 1721 45th, Lubbock, TX 79412-1731 |
| 18211659 | + | EDI: DISCOVER.COM | Aug 17 2021 02:03:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 18211663 | | EDI: PHINHARRIS | Aug 17 2021 02:13:00 | Harris & Haris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |

21-70125-tmd Doc#6 Filed 08/18/21 Entered 08/18/21 23:22:33 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: 309A | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 18211664 | | EDI: IRS.COM | Aug 17 2021 02:13:00 | Internal Revenue Service, PO Box 21126, Philadelphia PA 19114 |
| 18211665 | | EDI: JPMORGANCHASE | Aug 17 2021 02:03:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 18211670 | + | EDI: MID8.COM | Aug 17 2021 02:13:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1238 |
| 18211674 | + | Email/Text: paula.yates@midlandhealth.org | Aug 16 2021 22:06:00 | Midland Memorial Hospital, 400 Rosalind Redfern Grover Parkway, Midland, TX 79701-6499 |
| 18211683 | + | EDI: FRINGALLS.COM | Aug 17 2021 02:13:00 | Ronald E. Ingalls, PO Box 2867, Fredericksburg, TX 78624-1927 |
| 18211685 | + | Email/Text: sfapops@thecb.state.tx.us | Aug 16 2021 22:06:00 | State Tex Studen Ln 4, Po Box 12788, Austin, TX 78711-2788 |
| 18211686 | + | EDI: RMSC.COM | Aug 17 2021 02:03:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 18211684 | | Email/Text: pacer@cpa.state.tx.us | Aug 16 2021 22:06:00 | State Comptroller of Public Accts, Revenue Acct Div/Bankruptcy, P.O.Box 13528, Austin, TX 78711 |
| 18211688 | + | Email/Text: ridpacer@twc.state.tx.us | Aug 16 2021 22:06:00 | Texas Employment Commission, TEC Building-Bankruptcy, 101 East 15th. Street, Austin, Texas 78778-0001 |
| 18211692 | | EDI: WFFC.COM | Aug 17 2021 02:13:00 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18211653 | | Any Creditor with Arbitration Agreement |
| tr | * | Ronald E Ingalls, PO Box 2867, Fredericksburg, TX 78624-1927 |
| 18211652 | * | Alvaro Martinez, Jr., 1607 N. Big Spring, Midland, TX 79701 |
| 18211656 | *+ | Bari Aldric Sadler, 2905 Emerspn PL, Midland, TX 79705-4203 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 18, 2021    Signature:    /s/Joseph Speetjens